IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | DOCKET NO. 3:25-CR-083-MOC-SCR-1 |
| NAQUAN DAMERIUS BLAKENEY, | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE** |
| Defendant. | |

Mr. Naquan Blakeney, through counsel Assistant Federal Defender Elizabeth Gerber, respectfully requests that this Court continue the trial date presently scheduled for November 3, 2025. Mr. Blakeney further requests that the Court extend all pretrial motion and notice deadlines. As grounds therefore, it is averred:

1. On May 7, 2025, Mr. Blakeney made his initial appearance and was appointed counsel.

2. On May 12, 2025, Mr. Blakeney entered a plea of not guilty to his One-Count Indictment charging him with a violation of 18 U.S.C. § 924(g)(1). That same day, Mr. Blakeney was ordered detained. He remains in custody.

3. Mr. Blakeney's case is currently scheduled for docket call on November 3, 2025. Mr. Blakeney has requested, and the Court has granted, two prior continuances of this matter.

4. Counsel has been diligently preparing Mr. Blakeney's defense and/or preparation for sentencing in this case. Some materials that counsel has requested from third parties have not yet returned. In addition, Mr. Blakeney has recently been relocated to a new detention facility; counsel has yet to locate him. Prior to this relocation, he was housed at a facility out of state where obtaining visitation has become more difficult to obtain in a timely fashion. These barriers to client communication have slowed the progress of the defense preparation in this matter.

1

5. Counsel needs additional time to communicate with Mr. Blakeney, to fully investigate Mr. Blakeney's case and possible defenses, to assess the suitability of any pretrial motions, and to effectively negotiate with the Government and/or prepare the case for trial.

6. Under these circumstances, the ends of justice served by a continuance of the trial date would outweigh the best interests of the public and of Mr. Blakeney in a speedy trial.

7. The Government does not oppose this Motion.

WHEREFORE Mr. Blakeney respectfully requests that the District Court set this case for its next criminal term and reset all pretrial motions deadlines accordingly.

Respectfully submitted:

*/s/Elizabeth Gerber*
Elizabeth M. Gerber
N.C. Bar 43794
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: elizabeth_gerber@fd.org

**Counsel for Mr. Naquan Blakeney**

2